# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Muniz, Jr., | No. CV-17-02532-PHX-SMB |
| Plaintiff, | |
| v. | **ORDER** |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

At issue is the Report and Recommendation (Doc. 73) ("R&R") entered by United States Magistrate Judge John Z. Boyle in this matter recommending the Court deny Plaintiff's Motion for Leave to Amend his Complaint (Doc. 70). Petitioner was warned in the R&R that he had 14 days from its entry on August 5, 2019, in which to file any objections thereto. (Doc. 73 at 7-8.) That deadline passed on August 19, 2019 and Petitioner has filed no objections. The Court may therefore accept the R&R without further review. *United States v. Tapia-Reyna*, 328 F.3d 1114, 1121 (9th Cir. 2003). And it does so.

The Court nonetheless also has conducted a substantive review of the Petition and the supporting filings, and thereafter concludes that Judge Boyle's R&R, and all of its reasoning, is correct.

As Judge Boyle found, Plaintiff's Motion to Amend was unduly delayed without good cause and the Motion does not comply with LRCiv 15.1.

**IT IS ORDERED** adopting in whole Judge Boyle's R&R (Doc. 73) and denying Plaintiff's Motion to Amend his Complaint (Doc. 70).

Dated this 20th day of August, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge